# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

JOHN ANDREW ALTES, #168197                                        PLAINTIFF

v.                        3:20CV00014-JM-JTK

TERRY MAPES, et al.                                        DEFENDANTS

## **ORDER**

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Defendants' Motion to Dismiss (Doc. No. 10) is GRANTED in part, with respect to Plaintiff's monetary claims against them, and DENIED with respect to the injunctive relief claims.

IT IS SO ORDERED this 21st day of April, 2020.

                                               _____
                                               JAMES M. MOODY, JR.
                                               UNITED STATES DISTRICT JUDGE