# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

JOHN ANDREW ALTES,                                                      PLAINTIFF
#168197

v.                              3:20CV00014-JM-JTK

TERRY MAPES, et al.                                                     DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case is DISMISSED with prejudice.

IT IS SO ADJUDGED this 23rd day of February, 2021.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE

1